# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

DONALD HAWLEY                                                                                       PLAINTIFF
ADC #095009

v.                                              2:22-cv-00077-JM-JJV

RICHARDSON, Assistant Warden; and
RANDLE, Major, East Arkansas Regional Unit, ADC                         DEFENDANTS

## JUDGMENT

Consistent with the dismissal Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

SO ORDERED this 24th day of May 2022.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE